# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

143551

RONALD G. BERGLUND,
      Petitioner-Appellant,

v

INDUSTRIAL TECHNOLOGY INSTITUTE,
      Respondent-Appellee,
and

DEPARTMENT OF ENERGY, LABOR AND
ECONOMIC GROWTH, UNEMPLOYMENT
INSURANCE AGENCY,
      Appellee.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143551
COA: 298227
Wayne CC: 08-119311-AE

On order of the Court, the application for leave to appeal the July 21, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

_____
Clerk

t1114